JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., an Italian corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ASIA PACIFIC TRADING CO., INC., a California corporation,<br><br>        Defendant. | Civil Action No.<br>2:18-cv-02247 JLS (KESx)<br><br>**ORDER GRANTING STIPULATED OF DISMISSAL FOR DEFENDANT ASIA PACIFIC TRADING CO. INC.**<br><br>Hon. Josephine L. Staton |

1 | Pursuant to stipulation of Luxottica Group S.p.A and Asia Pacific Trading
2 | Co. Inc., through their counsel of record, and for good cause, IT IS HEREBY
3 | ORDERED THAT:
4 | This Action, including all claims, counterclaims and defenses, is hereby
5 | dismissed with prejudice.  Each party is to bear its own costs and attorneys'
6 | fees, and the Court shall retain jurisdiction over this matter to enforce
7 | compliance with the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: December 19, 2018

_____
JOSEPHINE L. STATON
Honorable Josephine L. Staton
United States District Judge